## **VERIFICATION**

I, Claude L. Patterson, hereby declare as follows:

I am the plaintiff in this action. I have read the verified stockholder derivative complaint. Based upon discussions with and reliance upon my counsel, and as to those facts of which I have personal knowledge, the complaint is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated: 6/10/2021

DocuSigned by:

*Lonnie Patterson*
098A3B0F761C4A7...
CLAUDE L. PATTERSON