IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAUDE L. PATTERSON, Derivatively on Behalf of CANOO INC., f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV,<br><br>      Plaintiffs,<br><br>    v.<br><br>DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEIL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, GREG ETHRIDGE, ULRICH KRANZ, TONY AQUILA, PAUL BALCIUNAS, HENNESSY CAPITAL PARTNERS IV LLC, HENNESSY CAPITAL GROUP LLC, THOMAS DATTILO, FOSTER CHIANG, RAINER SCHMUECKLE, JOSETTE SHEERAN and DEBRA VON STORCH,<br><br>      Defendants,<br><br>– and –<br><br>CANOO INC., f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, a Delaware corporation,<br><br>      Nominal Defendant. | C.A. No. 21-907-RGA |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CANOO INC., HENNESSY CAPITAL PARTNERS IV LLC, AND HENNESSY CAPITAL GROUP LLC TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO COMPLAINT**

  WHEREAS, Plaintiff Claude L. Patterson ("Plaintiff") filed a Verified Stockholder Derivative Complaint ("Complaint") on June 25, 2021 (D.I. 1);

WHEREAS, Nominal Defendant Canoo Inc. ("Canoo") and Defendants Hennessy Capital Partners IV LLC and Hennessy Capital Group LLC (collectively, "Hennessy") were served with the Complaint on June 25, 2021;

WHEREAS, on July 16, 2021, the Court approved a Stipulation (D.I. 10) extending the time for Canoo and Hennessy to respond to the Complaint to September 14, 2021 so that Plaintiff could seek waivers of service from the individuals named as Defendants in the Complaint (the "Individual Defendants") and Canoo, Hennessy, and the Individual Defendants (collectively, the "Defendants") could simultaneously respond to the Complaint;

WHEREAS, on August 31, 2021, Plaintiff sent requests for waivers of service to the Individual Defendants and the Individual Defendants returned signed copies of the waiver forms to Plaintiff;

WHEREAS, as a result of their waivers of service, the Individual Defendants' current deadline to respond to the Complaint is November 1, 2021;

WHEREAS, Plaintiff has stipulated to extend the deadline for Canoo and Hennessy to respond to the Complaint to November 1, 2021 so that Canoo, Hennessy, and the Individual Defendants may respond to the Complaint at the same time;

WHEREAS, Defendants intend to file a consolidated response to the Complaint;

WHEREAS, due to holidays during the time when briefing in connection with Defendants' response to the Complaint would be due, Plaintiff and Defendants have stipulated to extend the time for the filing of an opposition and reply related to Defendants' response to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

(1) the time for Canoo and Hennessy to answer, move against, or otherwise respond to the Complaint is extended to and including November 1, 2021 and all Defendants' deadline to answer, move against, or otherwise respond to the Complaint is November 1, 2021;

(2) Plaintiff shall file any opposition to Defendants' response to the Complaint no later than December 16, 2021;

(3) Defendants shall file any reply in support of their response to the Complaint no later than January 21, 2022.

| ANDREWS & SPRINGER LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ David M. Sborz* <br> Peter B. Andrews (No. 4623) <br> Craig J. Springer (No. 5529) <br> David M. Sborz (No. 6203) <br> 4000 Kennett Pike <br> Suite 250 <br> Wilmington, DE 19807 <br> (302) 504-4957 <br> pandrews@andrewsspringer.com <br> cspringer@andrewsspringer.com <br> dsborz@andrewsspringer.com <br><br> *Attorneys for Plaintiff* | */s/ Martin S. Lessner* <br> Martin S. Lessner (No. 3109) <br> Daniel M. Kirshenbaum (No. 6047) <br> Beth A. Swadley (No. 6331) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> mlessner@ycst.com <br> dkirshenbaum@ycst.com <br> bswadley@ycst.com <br><br> *Attorneys for Nominal Defendant Canoo Inc. and Defendants Tony Aquila, Ulrich Kranz, Paul Balciunas, Greg Ethridge, Thomas Dattilo, Foster Chiang, Rainer Schmueckle, Josette Sheeran, and Debra Von Storch* |
| POTTER ANDERSON LLP <br><br> */s/ Kevin R. Shannon* <br> Kevin R. Shannon (No. 3137) <br> Hercules Plaza <br> 1313 North Market Street, 6th Floor <br> P.O. Box 951 <br> Wilmington, Delaware 19801 <br> (302) 984-6000 <br> kshannon@potteranderson.com <br><br> *Attorneys for Defendants Hennessy Capital Group LLC, Hennessy Capital Partners IV LLC, Daniel J. Hennessy, Nicholas A. Petruska, Bradley Bell, Peter Shea, Richard Burns, James* | |

*F. O'Neil III, Juan Carlos Mas, and Gretchen W. McClain*

Dated: September 13, 2021

    IT IS SO ORDERED, this ___ day of September, 2021.

                                        **The Honorable Richard G. Andrews**
                                        **United States District Court Judge**