IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAUDE L. PATTERSON, Derivatively on Behalf of CANOO INC., f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL J. HENNESSY, *et al.*,<br><br>  Defendants,<br><br>  - and -<br><br>CANOO INC., f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV,<br><br>  Nominal Defendant. | C.A. No. 1:21-cv-00907-RGA |

## DECLARATION OF DAVID A. KLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY VERIFIED DERIVATIVE COMPLAINT

I, David A. Klein, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court and a partner with the law firm of Kirkland and Ellis LLP, counsel of record for Nominal Defendant Canoo Inc. and Defendants Tony Aquila, Ulrich Kranz, Paul Balciunas, Greg Ethridge, Thomas Dattilo, Foster Chiang, Rainer Schmueckle, Josette Sheeran, and Debra von Storch in the above-captioned matter.

2. I submit this Declaration in Support of Defendants' Motion to Dismiss or, in the Alternative, Stay Verified Derivative Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of correspondence with Plaintiff's counsel dated August 13, 2021 through August 31, 2021.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from Canoo Inc.'s

("Canoo") Schedule 14A Proxy Statement filed with the United States Securities and Exchange Commission ("SEC") on April 29, 2021.

5. Attached as **Exhibit 3** is a true and correct copy of Canoo's Form 8-K filed with the SEC on July 26, 2021.

6. Attached as **Exhibit 4** is a true and correct copy of a transcript of Canoo's FQ4 2020 Earnings Call on March 29, 2021.

7. Attached as **Exhibit 5** is a true and correct copy of the Class Action Complaint for Violations of the Federal Securities Laws filed in *Blake v. Canoo Inc., et al.*, No. 2:21-cv-02873 (C.D. Cal.), on April 2, 2021.

8. Attached as **Exhibit 6** is a true and correct copy of the Class Action Complaint for Violations of the Federal Securities Laws filed in *Tyler v. Canoo Inc., et al.*, No. 2:21-cv-03080 (C.D. Cal.), on April 9, 2021.

9. Attached as **Exhibit 7** is a true and correct copy of the Class Action Complaint for Violations of the Federal Securities Laws filed in *Kojak v. Canoo Inc., et al.*, No. 2:21-cv-02879 (C.D. Cal.), on April 2, 2021.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from Canoo's Form 10-Q filed with the SEC on August 16, 2021.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts Canoo's Form 8-K attaching Exhibit 3.1, HCAC IV's Second Amended and Restated Certificate of Incorporation, filed with the SEC on December 22, 2020.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from HCAC IV's Amendment No. 2 to Form S-4 Registration Statement dated November 25, 2020 and filed with

the SEC.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from Canoo's Form S-1 Registration Statement filed with the SEC on January 13, 2021.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from Hennessy Capital Acquisition Corp. IV's ("HCAC IV") Form S-4 Registration Statement filed with the SEC on September 18, 2020.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from HCAC IV's Prospectus pursuant to Rule 424(b)(3) filed with the SEC on December 4, 2020.

16. Attached as **Exhibit 14** is a true and correct copy of a transcript titled "Canoo Merger with HCAC IV Investor Conference Call Transcript August 18, 2020" filed with the SEC under Rule 425 on August 18, 2020.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts from HCAC IV's Form 8-K, attaching Exhibit 99.2, an August 2020 Investor Presentation, filed with the SEC on August 18, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2021.

*/s/ David A. Klein*
David A. Klein